

**U.S. Department of Justice**

*United States Attorney*
*Northern District of Ohio*

*United States Court House*
*801 West Superior Avenue, Suite 400*
*Cleveland, Ohio 44113-1852*

July 26, 2007

**VIA FACSIMILE ONLY**
Richard M. Kerger, Esq.
Kerger and Associates
33 S. Michigan Street, Suite 100
Toledo, Ohio 43604

Percy Squire, Esq.
514 S. High Street
Columbus, Ohio 43215

      Re: *United States v. Mark Lay*, Case No. 1:07CR0339
           Notice of Intent to Introduce 404(b) Evidence

Dear Attorneys:

    Counsel for the government hereby gives notice of its intent to introduce at trial 404(b) evidence regarding Mr. Lay's actions resulting in his termination from Pittsburgh National Bank, in order to prove, among other things, Mr. Lay's intent, knowledge and absence of mistake or accident, in his dealings with the Active Duration Fund and the Ohio Bureau of Workers' Compensation.

                   Sincerely yours,
                   Gregory A. White

                   Benita Y. Pearson (0065709)
                   Antoinette T. Bacon (DC 474696)
                   216) 622-3919/3966
                   Assistant U.S. Attorneys, NDOH

                   Brenda Shoemaker (0041411)
                   Special Assistant U.S. Attorney, NDOH

DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES ATTORNEY
NORTHERN DISTRICT OF OHIO
UNITED STATES COURT HOUSE
801 WEST SUPERIOR AVENUE, SUITE 400
CLEVELAND, OHIO 44113-1852



**GREGORY A. WHITE**
*UNITED STATES ATTORNEY*

FAX NO: (216) 522-7358                    TELEPHONE: (216) 622-3600

## FACSIMILE OUTGOING TRANSMISSION COVER SHEET

TO: **Hon. David Dowd**          FAX NO: **(330) 252-6040**

ORGANIZATION:

DATE: **8/31/2007**              PHONE:

FROM: **AUSA Benita Pearson**

PHONE: **(216) 622-3919**

NUMBER OF PAGES: _____ (EXCLUDING FAX TRANSMISSION COVER SHEET)

COMMENTS:

### SENSITIVE U.S. ATTORNEY FACSIMILE COMMUNICATION

The information contained in this facsimile message, and any and all accompanying documents constitutes sensitive information. This information is the property of the U.S. Attorney's Office. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.

Note: If you do not receive the total number of pages indicated, please call the sending individual listed above.