DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Mark D. Lay | ) | |
| | ) | CASE NO. 1:12 CV 1216 |
| Petitioner-Defendant, | ) | (Criminal Case No. 1:07 CR 339) |
| | ) | |
| v. | ) | <u>JUDGMENT  ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the memorandum opinion filed contemporaneously with this judgment entry, the motion for habeas relief under the provisions of 28 U.S.C. § 2255 is denied without prejudice.

IT IS SO ORDERED.

| | |
|---|---|
|  August 21, 2013 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |